Andrea Wirum Ch 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
(415) 294-7710
Trustee in Bankruptcy



FILED
OCT 1 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID, EDGARDO S
DAVID, EILEEN A
DESIGNS, DNA

　　　　Debtor(s)

Case No. **11-30390**

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $57.49. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 9 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | 609.19 | 57.49 |
|  | Total Unclaimed Dividends: |  | $57.49 |

Dated: October 12, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_Andrea W_ (signature)
　　　　　　　　　　　　　　　　　　　　　　　　Andrea Wirum Ch 7 Trustee, TRUSTEE

Case: 11-30390    Doc# 37    Filed: 10/13/11    Entered: 10/14/11 16:48:30    Page 1 of 1